IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00792-WYD-BNB

ALISHEA WEBB, and
FELITA M. BLACKMON,

Plaintiffs,

v.

BRANDON EXPRESS INC., a Michigan corporation,
DAVID W. JARED, an individual, and
ZURICH NA INSURANCE COMPANY, an Illinois corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Motion to Amend Complaint** [docket no. 5, filed April 28, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept document 4 as the Amended Complaint as filed.

IT IS FURTHER ORDERED that the correct caption for defendants to be used on all future filings is to be as follows: BRANDON EXPRESS, INC., a Michigan corporation, <u>JARED D. WHITE</u>, an individual, and ZURICH NA INSURANCE COMPANY, an Illinois corporation.

DATED:  April 29, 2009