IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00792-WYD-BNB

ALISHEA WEBB; and
FELITA M. BLACKMON,

     Plaintiffs,

v.

BRANDON EXPRESS, INC., a Michigan corporation;
JARED D. WHITE, an individual; and
ZURICH NA INSURANCE COMPANY, an Illinois corporation,

     Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Defendant Jared D. White Without Prejudice (filed August 26, 2009).  The motion asserts that after diligent efforts, Plaintiffs have been unable to locate Defendant White.  It further asserts that as there is no dispute that Defendant White was an employee of Brandon Express, Inc. at the time of the incident at issue, the matter can proceed without Defendant White and that White should be dismissed in the interest of preventing delay.  After a careful review of the motion and the file, it is

ORDERED that Plaintiff's Motion to Dismiss Defendant Jared D. White Without Prejudice (filed August 26, 2009) is **GRANTED** and Defendant Jared D. White is **DISMISSED WITHOUT PREJUDICE** from this case.  Defendant White shall hereafter be taken off the caption.

Dated: August 31, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge