IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00792-WYD-BNB

ALISHEA WEBB, and
FELITA M. BLACKMON,

Plaintiffs,

v.

BRANDON EXPRESS INC., a Michigan corporation, and
ZURICH NA INSURANCE COMPANY, an Illinois corporation,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiffs' Motion to Compel Disclosures From Defendant Brandon Express, Inc.** [Doc. # 37, filed 10/1/2009] (the "Motion").  I ordered a response to the Motion, Minute Order [Doc. # 39], but none was received.  Consequently, I set the matter for a hearing.  Minute Order [Doc. # 43].  Subsequently, I am informed that the relief sought by the Motion is no longer required and that a hearing in the Motion is no longer necessary.  See **Plaintiffs' Certification of Receipt of Disclosures From Defendant Brandon Express, Inc. and Request to Vacate Hearing** [Doc. # 44].

IT IS ORDERED that the Motion [Doc. # 37] is DENIED as moot.

IT IS FURTHER ORDERED that the hearing on the motion set for October 23, 2009, at 9:00 a.m., is VACATED.

Dated October 20, 2009.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge