IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   09-cv-00792-WYD -BNB | Date: November 10, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

ALISHEA WEBB, and  
FELITA M BLACKMON

Marc Schtul

    Plaintiff(s)

v.

BRANDON EXPRESS INC.,  
a Michigan corporation  
ZURICH NA INSURANCE COMPANY, and  
an Illinois corporation

Chad Atkins

Laurence McHeffey

Defendant(s).

### COURTROOM MINUTES

HEARING: MOTION

Court in Session:    1:31 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Plaintiffs' motion to compel defendant Brandon Express, Inc. to file an answer [doc #46; filed 10/23/09] is denied as stated on the record.**

**ORDERED:** **Plaintiffs' unopposed motion for ten (10) day extension of time until November 19, 2009 to designate expert witness [doc #50; filed 11/09/09] is granted as stated on the record. The designation of experts is extended as follows:**
       **Expert Witness Disclosures:**
**The plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 19, 2009;**

**The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 21, 2009;**

**The plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 25, 2010.**

Court in Recess        1:42 p.m.        Hearing concluded.    Total time in Court:    00:11

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.