IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00792-WYD-BNB

ALISHEA WEBB, and
FELITA M. BLACKMON,

Plaintiffs,

v.

BRANDON EXPRESS INC., a Michigan corporation, and
ZURICH NA INSURANCE COMPANY, an Illinois corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on the following motions:

(1)     **Plaintiffs' Motion to Compel Defendant Brandon Express, Inc. to File an Answer** [Doc. # 46, filed 10/23/2009] (the "Motion for Answer"); and

(2)     **Plaintiffs' Unopposed Motion for a Ten (10) Day Extension of Time Until November 19, 2009 to Designate Expert Witness** [Doc. # 50, filed 11/9/2009] (the "Motion for Extension").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Answer ][Doc. # 46] is DENIED.

IT IS FURTHER ORDERED that the Motion for Extension [Doc. # 50] is GRANTED, and the case schedule is modified to the following extent:

Expert Disclosures:

(a) The plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 19, 2009**;

(b) The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 21, 2009**; and

(c) The plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 25, 2010**.

Dated November 10, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge